ELIZABETH MILLING COMPANY, LLC, Smithdon, L.P., a Pennsylvania Limited Partnership and Mike Adams, Petitioners

v.

Robert N. ANDREWS and Sandra H. Andrews, Respondents

Elizabeth Milling Company, LLC, Smithdon, L.P., a Pennsylvania Limited Partnership and Mike Adams, Petitioners

v.

Robert N. Andrews and Sandra H. Andrews, Respondents

No. 438 WAL 2016
No. 439 WAL 2016

Supreme Court of Pennsylvania.

March 13, 2017

ELIZABETH MILLING COMPANY, LLC, Smithdon, L.P. a Pennsylvania Limited Partnership, and Mike Adams, Respondents

v.

Robert N. ANDREWS and Sandra H. Andrews, Petitioners

Elizabeth Milling Company, LLC, Smithdon, L.P. a Pennsylvania Limited Partnership, and Mike Adams

v.

Robert N. Andrews and Sandra H. Andrews Petition of:
Robert N. Andrews

No. 435 WAL 2016
No. 436 WAL 2016

Supreme Court of Pennsylvania.

March 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**. The Application for Emergency Relief for Stay and Remand for a New Trial on Damages is also **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

## ORDER

PER CURIAM

AND NOW, this 13th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**. The Application for Emergency Relief for Stay and Remand for a New Trial on Damages is also **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.